June 17, 2019

Judge Rambo

# UNITED STATES OF AMERICA v. MIGUEL SCOTT ARNOLD

## GOVERNMENT'S EXHIBIT LIST

Criminal No. 1:17-CR-002

| NO. | DESCRIPTION OF DOCUMENT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 1 | Miguel Arnold photograph | | | |
| 1.1 | Miguel Arnold photograph with name | | | |
| 2 | Lauren Blevins photograph | 6/17/19 | Admit | Jason Lotier |
| 2.1 | Lauren Blevins photograph with name | " | " | " |
| 3 | Emoni Murphy photograph | 6/19/19 | " | Tevin Bynoe |
| 3.1 | Emoni Murphy photograph with name | " | " | " |
| 4 | Shanita Jones photograph | | | |
| 4.1 | Shanita Jones photograph with name | | | |
| 5 | Tiffani Ogden photograph | | | |
| 5.1 | Tiffani Ogden photograph with name | | | |
| 6 | Terrance Hawkins photograph | 6/17/19 | Admit | Jason Lotier |
| 6.1 | Terrance Hawkins photograph with name | " | " | " |
| 7 | Tevin Bynoe photograph | 6/18/19 | " | Emonie Murphy |
| 7.1 | Tevin Bynoe photograph with name | " | " | " |
| 8 | Joshua Guity-Nunez photograph | 6/17/19 | Admit | Jason Lotier |
| 8.1 | Joshua Guity-Nunez photograph with name | " | " | " |
| 9 | Joengie Escalara photograph | | | |
| 9.1 | Joengie Escalara photograph with name | | | |
| 10 | Tajanai Barnes photograph | | | |
| 10.1 | Tajanai Barnes photograph with name | | | |
| 11 | Jasmine Williams photograph | | | |
| 11.1 | Jasmine Williams photograph with name | | | |

FILED
JUN 21 2019
PER _____
HARRISBURG, PA  DEPUTY CLERK

| NO. | DESCRIPTION OF DOCUMENT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 12 | Brianna Mercier photograph | | | |
| 12.1 | Brianna Mercier photograph with name | | | |
| 13 | Carolyn Kindler photograph | | | |
| 13.1 | Carolyn Kindler photograph with name | | | |
| 14 | Nicole Bailey photograph | 6/17/19 | Admit | Jason Lotier |
| 14.1 | Nicole Bailey photograph with name | " | " | " |
| 15 | Julia Grimes photograph | 6/17/19 | " | Jason Lotier |
| 15.1 | Julia Grimes photograph with name | " | " | " |
| 16 | Sonny Banks photograph | 6-17-19 | " | Jason Lotier |
| 16.1 | Sonny Banks photograph with name | " | " | " |
| 17 | Lorraine Mendoza photograph | | | |
| 17.1 | Lorraine Mendoza photograph with name | | | |
| 18 | Lajanta Robinson photograph | 6/18/19 | Admit | Emonie Murphy |
| 18.1 | Lajanta Robinson photograph with name | 6/19/19 | " | Tevin Bynoe |
| 19 | Juvenile P.A. graphic | 6/17/19 | Admit | Jason Lotier |
| 20 | Juvenile C.L. graphic | " | " | " |
| 21 | Scottish Inn photograph of door to room 316 | 6/17/19 | " | Jason Lotier |
| 22 | Scottish Inn photograph inside room 316 | " | " | " |
| 23 | Scottish Inn photograph broken glass | " | " | " |
| 24 | Scottish Inn photograph chair | " | " | " |
| 25 | Scottish Inn photograph microwave | " | " | " |
| 26 | Scottish Inn photograph table | " | " | " |
| 27 | Scottish Inn photograph close up microwave | " | " | " |
| 28 | Red Roof video surveillance from July 20, 2016 at 20:24:36 to 20:25:24 | " | " | " |
| 29 | Red Roof video surveillance from July 20, 2016 at 20:29:25 to 20:29:55 | " | " | " |

2

| NO. | DESCRIPTION OF DOCUMENT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 30 | Red Roof video surveillance from July 20, 2016 at 20:30:31 to 20:30:58 | 6/17/19 | Admit | Jason Lotier |
| 31 | Red Roof still image of Terrance Hawkins | | | |
| 32 | Red Roof still image of Tevin Bynoe | | | |
| 33 | Red Roof still image of Miguel Arnold | | | |
| 34 | Red Roof still image of Joshua Guity-Nunez | | | |
| 36 | Emoni Murphy Guilty Plea Agreement | 6/18/19 | Admit | Emonie Murphy |
| 35 | Emoni Murphy Addendum to Guilty Plea Agreement | 6/18/19 | '' | Emonie Murphy |
| 37 | Emoni Murphy Proffer Agreement | '' | '' | '' |
| 38 | Terrance Hawkins Guilty Plea Agreement | | | |
| 39 | Terrance Hawkins Addendum to Guilty Plea Agreement | | | |
| 40 | Terrance Hawkins Proffer Agreement | | | |
| 41 | Tevin Bynoe Guilty Plea Agreement | 6/19/19 | Admit | Tevin Bynoe |
| 42 | Tevin Bynoe Addendum to Guilty Plea Agreement | '' | '' | '' |
| 43 | Tevin Bynoe Proffer Agreement | '' | '' | '' |
| 44 | Search warrant for Arnold's apartment | 6/20/19 | Admit | Heather Thew |
| 45 | Documents recovered from Arnold's apartment | '' | '' | '' |
| 46 | Video of search of Arnold's bedroom | 6/20/19 | '' | Heather Thew |
| 47 | Video of search of travel bag | 6/20/19 | '' | Heather Thew |
| 48 | Video of search of plastic bag | '' | '' | '' |
| 49 | Text messages from Brianna Mercier with "Midnight" | | | |
| 50 | Screenshot of Paxful.com | 6/19/19 | Admit | Tevin Bynoe |

3

| NO. | DESCRIPTION OF DOCUMENT OR ITEM | IDENTIFIED IN COURT | ADMITTED IN EVIDENCE | WITNESS ON THE STAND |
|---|---|---|---|---|
| 51 | Backpage.com website sample | 6/18/19 | Admit | Emorie Murphy |
| 52 | Backpage.com Advertisement for "Nadia" posted on July 14, 2016 12:50 PM | 6/19/19 | " | Tevin Bynoe |
| 53 | Koycera cellular telephone belonging to Brianna Mercier seized on August 4, 2016 | | | |
| 54 | Backpage ad juveniles | 6/20/19 | Admit | John Friel |
| 55 | Scottish Inns logo | 6/17/19 | Admit | Jason Lotier |
| 56 | Red Roof logo | " | " | " |
| 57 | Hilton logo | | | |
| 58 | Econo Lodge logo | 6/17/19 | Admit | Jason Lotier |
| 59 | Americas Best Value Inn logo | | | |

4