IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:17-CR-002** |
| **v.** | : | |
| **MIGUEL SCOTT ARNOLD** | : | **Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant Miguel Scott Arnold's motion for judgment of acquittal and alternatively a new trial (Doc. 220) is **DENIED**.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: February 10, 2020